IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>Eddie D. Sherrer<br><br>Debtor | § <br> § CASE NO. 21-56667-sms<br> § <br> § CHAPTER 13<br> § <br> § |
| Carvana, LLC<br><br>Respondent<br>v.<br>Eddie D. Sherrer, Debtor<br>N. Whaley, Interim Ch. 13 Trustee | § CONTESTED MATTER<br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

## OBJECTION TO CONFIRMATION

COMES NOW, Carvana, LLC (Carvana), and makes and files its Objection to the Confirmation of the Debtor's Chapter 13 plan for the reasons set forth below:

1.

Carvana, holds a first priority lien on the Certificate of Title to the Debtor's 2015 Mercedes Benz; VIN WDDSJ4EB6FN182490 a true and accurate photostatic copy of the Certificate of Title is attached hereto as Exhibit A.

2.

The Debtor's plan values Carvana's collateral in the amount of $10,975.00, with an interest rate of 4.00%, adequate protection payments in the amount of $100.00 with monthly payments of $100.00, increasing to $225.00 in 3/2023.

3.

The NADA value of the collateral at $19,325.00. Carvana is entitled to be paid fully secured to that amount. A copy of the NADA documentation is attached hereto as Exhibit B.

4.

The Debtor's proposed monthly payment and interest rate are insufficient to provide Carvana with adequate protection.

THEREFORE, based upon the above and foregoing facts Carvana objects to the confirmation of the Debtor's Chapter 13 case.

This 14th day of September 2021

Respectfully Submitted

**/s/Richard B. Maner**
Richard B. Maner, GA Bar No. 486588
Attorney for Respondent
180 Interstate N Parkway, Suite 200
Atlanta, GA  30339
404-252-6385 Phone; 404-252-6394 Fax
rmaner@rbmlegal.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have served a copy of **OBJECTION TO CONFIRMATION** electronically. Those not served electronically have been served by depositing same in the United States Mail in a properly addressed envelope to each with adequate postage thereon as follows:

Eddie D. Sherrer
2513 Lake Jodeco Road
Jonesboro, GA 30236

Lorena Lee Saedi
Saedi Law Group, LLC
Suite 103
3006 Clairmont Road
Atlanta, GA 30329

N. Whaley, Interim Ch. 13 Trustee
Interim Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave, NE
Atlanta, GA 30303

This the 14th day of September  2021

**/s/Richard B. Maner**
Richard B. Maner, GA Bar No. 486588
Attorney for Respondent
180 Interstate N Parkway, Suite 200
Atlanta, GA  30339
404-252-6385 Phone; 404-252-6394 Fax
rmaner@rbmlegal.com





NADAguides Value Report 9/9/2021

## 2015 Mercedes-Benz CLA-Class
### Sedan 4D CLA250 I4 Turbo

⇄ CHANGE CAR    ⊕ COMPARE

Did you know J.D. Power's industry-leading valuation data drives shopper decisions? Learn more

### Values

|  | Rough Trade-In | Average Trade-In | Clean Trade-In | Clean Retail |
|---|---:|---:|---:|---:|
| Base Price | $13,775 | $15,725 | $17,375 | $20,000 |
| Mileage (100,000) | -$675 | -$675 | -$675 | -$675 |
| Total Base Price | $13,100 | $15,050 | $16,700 | $19,325 |
| Options |  |  |  |  |
| **Price + Options** | **$13,100** | **$15,050** | **$16,700** | **$19,325** |

Sell my car fast. **Get Offer.**

| Certified Pre-Owned (CPO) ⓘ |  |  |  | +$3,200 |
|---|---|---|---|---:|
| **Certified Price with Options** |  |  |  | **$22,525** |